IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ANGIE DUSTY**                                                        **PLAINTIFF,**

**v.**                                               **CASE NO. 2:24-cv-2065**

**WIDMER PLACE, LLC**                                        **DEFENDANT.**

**JOINT NOTICE OF SETTLEMENT**

COME NOW, the Parties, by and through undersigned counsel of record, and hereby give notice that the Parties have agreed to terms for a settlement to resolve all pending issues in this cause of action before the Court. Upon final exchange of all executed settlement documents and confirmation of receipt by all Parties, the Parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 9th day of August, 2024.

                                                 RESPECTFULLY SUBMITTED,

                                                 Davis A. Stephenson
                                                 TN BPR #039015
                                                 WAMPLER, CARROLL, WILSON
                                                 AND SANDERSON, PLLC
                                                 208 Adams Avenue
                                                 Memphis, Tennessee 38103
                                                 (901) 523-1844 – Telephone
                                                 alex@wcwslaw.com
                                                 ***Attorney for Plaintiff, Angie Dusty***

                                                 J. Dalton Person
                                                 JONES, JACKSON, MOLL, McGINNIS, &
                                                 STOCKS, PLC

401 N. 7th Street/ P.O. Box 2023
Fort Smith, AR 72902-2023
Phone: 479-782-7203
Fax: 479-782-9460
Email: dperson@jjmlaw.com
***Counsel for Defendant, Widmer Place, LLC***