# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**ANGIE DUSTY**                                                **PLAINTIFF,**

**v.**                                **CASE NO. 2:24-cv-2065**

**WIDMER PLACE, LLC**                               **DEFENDANT.**

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, by and through undersigned counsel of record and hereby state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this August 13th, 2024.

                                           RESPECTFULLY SUBMITTED,

                                           Davis A. Stephenson
                                           TN BPR #039015
                                           WAMPLER, CARROLL, WILSON
                                           AND SANDERSON, PLLC
                                           208 Adams Avenue
                                           Memphis, Tennessee 38103
                                           (901) 523-1844 – Telephone
                                           alex@wcwslaw.com
                                           ***Attorney for Plaintiff, Angie Dusty***

                                           J. Dalton Person
                                           JONES, JACKSON, MOLL, McGINNIS, &
                                           STOCKS, PLC
                                           401 N. 7th Street/ P.O. Box 2023
                                           Fort Smith, AR 72902-2023
                                           Phone: 479-782-7203
                                           Fax: 479-782-9460
                                           Email: dperson@jjmlaw.com

*Counsel for Defendant, Widmer Place, LLC*